# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CRISTOFONO BARRIOS
HERNANDEZ,

      Petitioner,

    v.

MARKWAYNE MULLIN, *Secretary
of the U.S. Department of Homeland
Security*, *et al.*,

      Respondents.

No. 4:26-CV-01898

(Chief Judge Brann)

## ORDER

### JULY 22, 2026

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Barrios Hernandez's 28 U.S.C. § 2241 petition (Doc. 1) is **GRANTED**;

2. The Government **SHALL** either shall release Barrios Hernandez on his own recognizance pursuant to 8 U.S.C. § 1226(a), or Barrios Hernandez with an individualized bond hearing at which he may present evidence on or before Wednesday, July 29, 2026;

3. On or before Wednesday, August 12, 2026, Respondents **SHALL** file with the Court a status report that certifies compliance with this Order. The report must detail if and when the bond hearing occurred, if bond was granted or denied and, if denied, provide a detailed explanation of

the reasons for such denial (beyond simply stating that Petitioner was found to be a danger or flight risk); and

4.      The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge